**SO ORDERED.**

**SIGNED this 15 day of November, 2021.**



_____
**James P. Smith**
**Chief United States Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CASE NO. 18-52426-JPS |
| | ) | |
| INDIA D. SPIVEY-PRATER, | ) | CHAPTER 7 |
| | ) | |
| Debtor. | ) | |
| | ) | |
| | ) | |
| U.S. BANK TRUST NATIONAL | ) | |
| ASSOCIATION, AS TRUSTEE OF | ) | |
| THE BUNGALOW SERIES IV TRUST, | ) | |
| | ) | CONTESTED MATTER |
| Movant, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| INDIA D. SPIVEY-PRATER, and | ) | |
| JOY R. WEBSTER, Trustee, | ) | |
| | ) | |
| Respondents. | ) | |
| | ) | |

**CONSENT ORDER TO MODIFY STAY**

U.S. Bank Trust National Association, as Trustee of the Bungalow Series IV

Trust, c/o SN Servicing Corporation, its servicing agent ("Movant"), filed a Motion for

Relief from Stay on October 5, 2021 (Doc. No. 47) ("Motion"), and the hearing on the Motion was scheduled for November 18, 2021 at 10:30 a.m.  Movant and Debtor have consented to the terms and conditions herein, there is not any opposition from the Chapter 7 Trustee, and good cause has been shown.  Accordingly, it is hereby ORDERED AND ADJUDGED as follows:

1.

The Motion is hereby granted.

2.

The stay set forth in FBR 4001(a)(3) is hereby waived, and the automatic stay is hereby modified to allow Movant to pursue and enforce under non-bankruptcy law any and all rights it has in and to that certain real property, as more particularly described in the loan documents attached to the Motion and incorporated herein by reference, commonly known as 5021 Hartley Bridge Road, Macon, GA 31216 ("Real Property"), including, but not limited to, advertising and conducting a foreclosure sale and seeking possession of the Real Property.

3.

Movant shall remit any surplus funds from the foreclosure sale to the Chapter 7 Trustee.

[END OF DOCUMENT]

PREPARED BY AND CONSENTED TO:
Attorney for Movant

/s/ Marc E. Ripps
Marc E. Ripps
Georgia Bar No. 606515

P.O. Box 923533
Norcross, Georgia 30010-3533
(770) 448-5377
Email:  meratl@aol.com


CONSENTED TO:
Attorney for Debtor

/s/ Sherry L. Johnson
Sherry L. Johnson              (By Marc E. Ripps, Esq. with express permission)
Georgia Bar No. 706768

Law Office of Sherry L. Johnson
3333 Vineville Avenue
Macon, GA 31204
(478) 745-1641
Email:  sjohnson@slj-law.com


NO OPPOSITION:
Chapter 7 Trustee

/s/ Joy R. Webster
Joy R. Webster                (By Marc E. Ripps, Esq. with express permission)
Georgia Bar No. 605523

Akin, Webster and Matson, P.C.
P.O. Box 1098
Macon, GA 31202
(478) 742-1889
Email: jwebster@akin-webster.com